**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
JORGE GUEVARA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JORGE GUEVARA<br>JERARDO VILLAREAL<br><br>　　　　　Defendant | ) Case No.: Case No.1:13-cr-0285 LJO-SKO<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE STATUS CONFERENCE**<br>) **HEARING**<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND ASSISTANT UNITED STATES ATTORNEY BRIAN DELANEY:

　　**COMES NOW** Defendant, JORGE GUEVARA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference hearing currently set for Monday, March 31, 2014 be continued to Monday, April 28, 2014.

　　Counsel is currently negotiating a disposition and will have one within the next two weeks. The defendant is prepared to exclude time for purposes of negotiation of the plea agreement.  I have spoken to AUSA Brian Delaney and co-counsel, they have no objection to continuing the status conference hearing.

Summary of Pleading - 1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:3/27/14                              */s/ David A Torres*  
                                           DAVID A. TORRES  
                                           Attorney for Defendant  
                                           JORGE GUEVARA

DATED: 3/27/14                             */s/Edward M. Hodgkins*  
                                           Edward M. Hodgkins  
                                           Attorney for Defendant  
                                           JERARDO VILLAREAL

DATED:3/27/14                              */s/Brian Delaney*  
                                           BRIAN DELANEY  
                                           Assistant U.S. Attorney

# ORDER

The parties' stipulated request for a continuance of the status conference date is GRANTED to allow the parties additional time to achieve a mutually agreeable resolution of this matter.  Should the parties reach an agreement that resolves the case, they shall schedule the matter for a change of plea hearing before United States District Judge Lawrence J. O'Neill.  If the parties are unable to reach an agreement that resolves this matter prior to the next status conference date of May 5, 2014, they shall be prepared to select a mutually acceptable trial date before United States District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

  Dated:   **March 28, 2014**                    **/s/ Sheila K. Oberto**  
                                                 UNITED STATES MAGISTRATE JUDGE