AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California


FILED
JUN 2 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| United States of America | ) |
| v. | ) Case No. 1:13 CR 00285 |
| JERARDO VILLAREAL | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/23/14

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Edward Marshall Hodgkins III
*Printed name of defendant's attorney*

6-2-14
_____
*Judge's signature*

Lawrence J. O'Neill, United States District Judge
*Judge's printed name and title*