**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
emhlaw@aol.com
**TELEPHONE:  559-248-0900**
**FACSIMILE:    559-248-0901**

Attorney for Defendant, JERARDO VILLAREAL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,          ) | Case No.: 1:13-CR-00285 |
| Plaintiff,          ) | **STIPULATION TO CONTINUE CURRENTLY SET SENTENCING DATE** |
| V.          ) | |
| JERARDO VILLAREAL,          ) | |
| Defendant.          ) | |

It is agreed by all parties that the Defendant's currently set Sentencing date of September 29, 2014 be changed to September 22, 2014.

The justification for such a continuance is that the Defense Attorney, E. Marshall Hodgkins, will be out of town on another previously scheduled matter at the time of the currently set sentencing hearing date of September 29, 2014.

It is so stipulated and agreed.

Date: 6-9-14                                                      /s/ Brian K. Delaney___
                                                                          **BRIAN K. DELANEY,**
                                                                          **Representing the**
                                                                          **United States of America**

1

Date:   6/9/14                                          /s/ E. Marshall Hodgkins
**E. Marshall Hodgkins,
Attorney of Record for
Defendant JERARDO VILLAREAL**

IT IS SO ORDERED.

   Dated:   **June 12, 2014**                        **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES DISTRICT JUDGE